UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAYANA GROSS,
Plaintiff,

v. Case No.: 3:26cv4861/TWK/ZCB

JORDAN BRAYTON, et al.,
Defendants.
_________________________________/

**REPORT AND RECOMMENDATION**

Plaintiff, proceeding *pro se*, has filed a civil rights complaint against Defendants under 42 U.S.C. § 1983. (Doc. 1). In the complaint, Plaintiff states that Defendants violated her "civil rights as a mother." (Doc. 1 at 6). It appears from the allegations in the complaint that Plaintiff lost custody of her children as the result of a state court dependency and neglect proceeding. For relief, Plaintiff asks this Court to grant her "full legal custody of her four children." (*Id*. at 6).

It is well established that federal courts lack jurisdiction to "hear a sec. 1983 claim that in essence [seeks] to reverse a state court's child custody determination." *Staley v. Ledbetter*, 837 F.2d 1016, 1018 (11th Cir. 1988) (affirming dismissal of § 1983 lawsuit that attempted to challenge a state court order terminating parental rights); *see also Liedel*

*v. Juvenile Ct. of Madison Cnty., Ala.*, 891 F.2d 1542, 1546-47 (11th Cir. 1990) (finding that the "district court lacked jurisdiction to review the past orders of the Juvenile Court" regarding custody of the plaintiff's child). Because Plaintiff is asking this Court to overturn or otherwise interfere with a state court's child custody determination, dismissal is warranted for lack of jurisdiction.

Accordingly, it is respectfully **RECOMMENDED** that:

1. Plaintiff's complaint be **DISMISSED** for lack of jurisdiction.

2. All pending motions be **DENIED as moot**.

3. The Clerk of Court be instructed to close the case.

At Pensacola, Florida, this 4th day of September 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

**Notice to the Parties**

Objections must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.