**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**TAYANA GROSS,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4861-TKW-ZCB**

**JORDAN BRAYTON, et al.**

**Defendants.**
__________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 4). No objections were filed, but Plaintiff did file several documents that appear to provide additional details about the circumstances giving rise to this case. *See* Docs. 5, 6, 7.

Upon due consideration of the R&R and Plaintiff's post-R&R filings, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of jurisdiction. Accordingly, it is

ORDERED that:

1. The R&R is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice for lack of jurisdiction.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 25th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**